NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Scott A. Burroughs, Esq.
DONIGER BURROUGHS
603 Rose Avenue
Venice, California 90291

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ERIC ANGELINI a/k/a TRIXTER, an Individual

Plaintiff(s),

v.

STUDIO MANHATTAN LLC; et. al.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ERIC ANGELINI | PLAINTIFF |
| STUDIO MANHATTAN LLC | DEFENDANT |
| UNITED STREET OF ART | DEFENDANT |

2/9/2018
Date

/s/ Scott A. Burroughs
Signature

Attorney of record for (or name of party appearing in pro per):

Scott A. Burroughs, Esq. -for Plaintiff