| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| STEPHEN M. DONIGER SBN 179314<br>603 Rose Ave<br>Los Angeles    CA    90291 | (310) 590-1820 | |
| ATTORNEY FOR (Name)    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

SHORT TITLE OF CASE
**ANGELINI v STUDIO MANHATTAN, LLC**

| 3294670 | (HEARING) Date | Time | Dept | Case Number:<br>218CV01139 |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>Angelini v. Studio Manhattan 18- |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT

3. a. PARTY SERVED:    UNITED STREET OF ART, A BUSINESS ENTITY OF FORM UNKNOWN
   b.    RECEP KEMAL DURAL, AGENT FOR SERVICE

4. ADDRESS:    1444 W 178TH ST
   GARDENA    CA    90248

5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
   ON    2/15/2018   AT   4:26:00 PM
   b.    BY LEAVING THE DOCUMENTS LISTED IN 2 WITH OR IN THE PRESENCE OF:
   HASAN DURAL, MANAGER, APPARENTLY IN CHARGE
   MIDDLE EASTERN MALE 50YRS 5'10" 185LBS. GRAY HAIR, BROWN EYES
   (1) (BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE GENERAL NATURE OF THE PAPERS
   (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
   (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   d. ON BEHALF OF:  UNITED STREET OF ART, A BUSINESS ENTITY OF
   FORM UNKNOWN
   RECEP KEMAL DURAL, AGENT FOR SERVICE

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION :CCP 415.95(BUSINESS ORGANIZATION, FORM UNKNOWN)

d. The fee for service was    $59.07

7a. Person Serving:    Guillermo    Verjan
e. I am:
   (1)     not a registered California process server:
   (3) X   registered California process server:
       (i) Independent Contractor
       (i) Registration No:    4169
       (i) County:    Los Angeles

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Guillermo    Verjan
2/26/2018

X    SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

PROOF OF SERVICE

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| STEPHEN M. DONIGER SBN 179314<br>603 Rose Ave<br>Los Angeles    CA    90291<br>ATTORNEY FOR (Name): Plaintiff | (310) 590-1820 | |

Insert of Court Name of Judicial District and Branch Court if any
**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

SHORT TITLE OF CASE
**ANGELINI v STUDIO MANHATTAN, LLC**

| 3294670 | (HEARING) Date | Time | Dept |
|---|---|---|---|

Case Number: 218CV01139
REFERENCE NO.: Angelini v. Studio Manhattan 18-

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON 02/16/2018

5. b (4) AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

**SUMMONS & COMPLAINT**

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT: COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

UNITED STREET OF ART, A BUSINESS ENTITY OF
FORM UNKNOWN
RECEP KEMAL DURAL, AGENT FOR SERVICE
1444 W 178TH ST
GARDENA    CA    90248

DECLARANT: MONICA FIGUEROA

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $59.07
e. I am:
  (1) X  not a registered California process server:
  (3)    registered California process server:
    (i) Employee
    (i) Registration No:
    (i) County: Orange

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    MONICA FIGUEROA

2/26/2018                                                                                              X  [signature]  SIGNATURE

**PROOF OF SERVICE**