HARRINGTON, OCKO & MONK, LLP
John T.A. Rosenthal (State Bar No. 206126)
81 Main Street, Suite 215
White Plains, New York 10601
Telephone: (914) 686-4800
Facsimile: (914) 686-4824

Attorneys for Defendant
UNITED STREETS OF ART

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ERIC ANGELINI a/k/a TRIXTER, an Individual, | Case No. 2:18-cv-01139-CBM-MRW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION EXTENDING THE TIME FOR DEFENDANT UNITED STREETS OF ART TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| STUDIO MANHATTAN, LLC, a New York Limited Liability Company; UNITED STREET OF ART, a business entity of form unknown; and DOES 1 through 10, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys-of-record for Plaintiff ERIC ANGELINI a/k/a TRIXTER ("Plaintiff"), and Defendant UNITED STREETS OF ART, incorrectly named UNITED STREET OF ART ("Defendant") that Defendant's time to answer or otherwise respond with respect to the Summons and Complaint is extended from March 8, 2018 to and including March 26, 2018.

1

STIPULATION EXTENDING THE TIME FOR DEFENDANT
UNITED STREETS OF ART TO RESPOND TO PLAINTIFF'S COMPLAINT

| | |
|---|---|
| Dated: March 8, 2018 | |
| DONIGER / BURROUGHS | HARRINGTON, OCKO & MONK, LLP |
| By:_____<br>Scott A. Burroughs [SBN 235718]<br>Counsel for Plaintiff<br>ERIC ANGELINI a/k/a TRIXTER<br>603 Rose Avenue<br>Venice, CA 90291 | By:_____<br>John T.A. Rosenthal [SBN 206126]<br>Counsel for Defendant<br>UNITED STREETS OF ART<br>81 Main Street, Suite 215<br>White Plains, NY 10601<br>Only for Purposes of this Stipulation in this Action |

STIPULATION EXTENDING THE TIME FOR DEFENDANT
UNITED STREETS OF ART TO RESPOND TO PLAINTIFF'S COMPLAINT