| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Stephen M. Doniger SBN 179314<br>603 ROSE AVE<br>VENICE   CA   90291 | TELEPHONE NO.<br>(310) 590-1820 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name) | | |
| Insert of Court Name of Judicial District and Branch Court if any<br>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE<br>ANGELINI v. STUDIO MANHATTAN, LLC | | Case Number:<br>2:18-CV-01139-CBM-MRW |
| 3300406   (HEARING) Date   Time   Dept | | REFERENCE NO.<br>Angelini v. Studio Manhattan 18- |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT

3. a. PARTY SERVED: STUDIO MANHATTAN, LLC, A NEW YORK LIMITED
      LIABILITY COMPANY

   b. PERSON SERVED: TENZHING SHERPA, PERSON AUTHORIZED TO RECEIVE
      CAUCASIAN MALE 30YRS 5'7" 170LBS. BROWN HAIR

4. c. ADDRESS:   170 Mulberry St
                  New York   NY   10013

5. I SERVED THE PARTY NAMED IN ITEM 2
   a. BY PERSONALLY DELIVERING THE COPIES
      ON   3/1/2018   AT   11:50:00 AM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   d. ON BEHALF OF:
      STUDIO MANHATTAN, LLC, A NEW YORK LIMITED
      LIABILITY COMPANY
      UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : OTHER-LIMITED LIABILITY COMPANY

   d. The fee for service was   $157.40

7a. Person Serving: Redouane Belkhabbaz   Out Of State Process

e. I am:
   (1) X   not a registered California process server:
   (3)     registered California process server:

b. DDS Legal Support
   2900 Bristol St
   Costa Mesa, Ca 92626

   (i)
   (i) Registration No: Not A California
   (i) County: Registered Process Server

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Out Of State Process   X _____
   3/8/2018                    SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

PROOF OF SERVICE

CRC 982(A)(23)